1   GEOFFREY A. HANSEN
Acting Federal Public Defender
2   HEATHER R. ROGERS
Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4   Telephone: (408) 291-7753

5   Counsel for Defendant LUIS RUIZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00749 LHK |
| Plaintiff, | STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING HEARING DATE |
| vs. | |
| LUIZ RUIZ-LOPEZ, | |
| Defendant. | |

## **STIPULATION**

Defendant Luis Ruiz-Lopez, by and through Assistant Federal Public Defender Heather R. Rogers, and the United States, by and through Special Assistant United States Attorney Carolyne Sanin, hereby stipulate that, with the Court's approval, the status hearing currently set for Wednesday, February 1, 2012, at 10:00 a.m., before the Honorable Lucy H. Koh, shall be continued to Wednesday, February 22, 2012, at 9:00 a.m.

The reason for the requested continuance is the defense is awaiting the outcome of ongoing investigation in order to effectively advise Mr. Ruiz-Lopez regarding a proposed settlement. The parties therefore respectfully request a continuance to February 22, 2012, at 9:00 a.m.

Stipulation and [~~Proposed~~] Order Continuing
Hearing, 11-00749 (LHK)                    1

The parties agree that the time between February 1, 2012, and February 22, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

Dated: January 31, 2012

_____/s/_____
HEATHER ROGERS
Assistant Federal Public Defender

Dated: January 31, 2012

_____/s/_____
CAROLYNE SANIN
Special Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Wednesday, February 1, 2012, at 10:00 a.m., before the Honorable Lucy H. Koh, shall be continued to Wednesday, February 22, 2012, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between February 1, 2012, and February 22, 2012, would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between February 1, 2012, and February 22, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between February 1, 2012, and February 22, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//

//

IT IS SO ORDERED.

Dated: 1/31/12

_____
HON. LUCY H. KOH
United States Magistrate Judge