MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11 CR-749 LHK |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING TO MAY 2, 2012 |
| v. | |
| LUIS RUIZ LOPEZ, | |
| Defendant. | |

     The Parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for April 4, 2012 at 9 a.m. be vacated, and that the hearing be re-set for May 2, 2012 at 9 a.m. The parties are requesting the continuance of the hearing due to the need for additional time for effective preparation, the need to jointly negotiate a resolution in this matter, and for the continuity of counsel, given that government counsel will not be available on April 4, 2012.

     The parties stipulate that the time between April 4, 2012 and May 2, 2012, is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the

1

ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: March 21, 2012

MELINDA HAAG
United States Attorney

___/s/_____
CAROLYNE A. SANIN
Special Assistant United States Attorney


___/s/_____
HEATHER ROGERS
Attorney for Defendant

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for April 4, 2012 at 9 a.m., shall be continued to May 2, 2012, at 9 a.m.

THE COURT FINDS that failing to exclude the time between April 4, 2012, and May 2, 2012, would unreasonably deny the government continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between April 4, 2012, and May 2, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between April 4, 2012, and May 2, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:    4/4/12

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE