UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:11-CR-00749-LHK |
| ) Plaintiff, ) | PRE-TRIAL CONFERENCE ORDER |
| v. ) | |
| LUIS RUIZ-LOPEZ, ) | |
| ) Defendant. ) | |

A pre-trial conference as to Defendant Ruiz-Lopez was held on September 19, 2012. Special Assistant U.S. Attorneys Meredith Edwards and Ann Marie Ursini were present. Defendant Luis Ruiz-Lopez was present with his counsel, Assistant Federal Public Defenders Manuel Araujo and Varell Fuller.

Ruling on Pre-Trial Motions

For the reasons stated on the record, the Court issued the following rulings on the following pre-trial motions:

Defendant's Proposed Limiting Instruction #1, regarding purpose of admission of Government Exhibits 2 and 3: DENIED.

Defendant's Proposed Limiting Instruction #2, regarding evidence of statements made by Defendant: The Court will give Ninth Circuit Model Instruction 4.1, without Defendant's proposed modifications.

Defendant's Motion in Limine # 1, exclusion of civil registration as birth: GRANTED, though the government has withdrawn this document. Further, the actual birth certificate will not be admitted, even if produced before the end of trial.

United States' Motion in Limine # 2, redaction of handwritten note on Government Exhibit 1: GRANTED.

United States' Request for Continuance while awaiting arrival of birth certificate: DENIED.

Case No.: 11-CR-00749-LHK
PRETRIAL CONFERENCE ORDER

2 Further Pre-Trial Conference

3     A further pre-trial conference will be held on Friday, September 21, 2012 at 8:30 a.m.

4 **IT IS SO ORDERED.**

5 Dated: September 20, 2012

_____
LUCY H. KOH
United States District Judge